In the Matter of the Claim of ANNA KIRBY against BLOOM-INGDALE BROS. et al., Respondents.
STATE INDUSTRIAL BOARD, Appellant.

Argued November 15, 1939; decided November 30, 1939.

*John J. Bennett, Jr.,* Attorney-General (*Roy Wiedersum, Henry Epstein* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, appellant.

*Lawson R. Jones* and *Joseph M. Meehan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.